UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Frantzy LAGUERRE,

Petitioner,

v.

Christopher J. LAROSE, et al.,

Respondents.

Case No.: 26-cv-5128-AGS-DDL

**ORDER GRANTING HABEAS PETITION (ECF 1), DENYING TRO MOTION (ECF 2) AS MOOT, AND ORDERING BOND HEARING**

For the reasons stated on the record at the October 5, 2026 hearing, petitioner Frantzy Laguerre's petition for a writ of habeas corpus is **GRANTED**. Respondents must give petitioner a bond hearing by October 19, 2026.

Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other pending motions, including the motion for a temporary restraining order, are denied as moot. The Clerk must issue a judgment and close this case.

Dated: October 5, 2026

Hon. Andrew G. Schopler
United States District Judge